Same case below, 589 F.3d 148.

No. 10-6824. Todd Donofrio, Petitioner v. United States.

562 U.S. 1273, 131 S. Ct. 1599, 179 L. Ed. 2d 504, 2011 U.S. LEXIS 1988.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-6964. Earnest Wilson, Petitioner v. United States Court of Appeals for the Seventh Circuit.

562 U.S. 1273, 131 S. Ct. 1626, 179 L. Ed. 2d 504, 2011 U.S. LEXIS 1969.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-7060. Jhon Jairo Arango, Petitioner v. United States.

562 U.S. 1273, 131 S. Ct. 1600, 179 L. Ed. 2d 504, 2011 U.S. LEXIS 2038.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-7187. Kevin Kjonaas, Lauren Gazzola, Jacob Conroy, Joshua Harper, Andrew Stepanian, and Darius Fullmer, Petitioners v. United States.

562 U.S. 1273, 131 S. Ct. 1600, 179 L. Ed. 2d 504, 2011 U.S. LEXIS 1930.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 584 F.3d 132.

No. 10-7385. Wilton Joseph Fontenot, Petitioner v. United States.

562 U.S. 1273, 131 S. Ct. 1601, 179 L. Ed. 2d 504, 2011 U.S. LEXIS 2018.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 611 F.3d 734.

No. 10-7397. Vester Kay Scurlock-Ferguson, Petitioner v. City of Durham, North Carolina.

562 U.S. 1273, 131 S. Ct. 1601, 179 L. Ed. 2d 504, 2011 U.S. LEXIS 1918,

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 381 Fed. Appx. 302.

No. 10-7414. Joseph Noble, aka Joseph Soto, Petitioner v. United States.

562 U.S. 1273, 131 S. Ct. 1601, 179 L. Ed. 2d 504, 2011 U.S. LEXIS 1912.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.